## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

| | |
|---|---|
| **TAMI FOWLER, DONNA WATSON,** and **ANABEL ORTEGA** individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>**FOCUS CARE, INC. d/b/a/ FEV TUTOR, INC.**<br><br>Defendant. | Case No.: 1:24-cv-10253<br><br>Hon. Indira Talwani<br><br>Mag. Paul G. Levenson |

## PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Plaintiffs Tami Fowler, Donna Watson, and Anabel Ortega, by and through their attorneys Sommers Schwartz, PC., hereby request that this Honorable Court compel enforcement of the settlement agreement. In support of their Motion, Plaintiffs' rely upon their Memorandum in Support of their Motion and all exhibits attached thereto, the Federal Rules of Civil Procedure, and the record in this matter.

Dated: April 2, 2025

Respectfully Submitted,

*/s/ Kevin J. Stoops*

Kevin J. Stoops
Paulina R. Kennedy
SOMMERS SCHWARTZ, P.C.
One Towne Square, 17th Floor
Southfield, Michigan 48076
Telephone: 248-355-0300
kstoops@sommerspc.com
pkennedy@sommerspc.com

Benjamin Knox Steffans (BBO# 568535)
Steffans Legal, PLC
10 Wendell Ave. Ext. Suite 208
Pittsfield, Massachusetts, 01201
Telephone: 413-418-4176

bsteffans@steffanslegal.com

*Counsel for Plaintiff, the FLSA Collective
and the putative Class*

## CERTIFICATE OF SERVICE

I certify that on April 2, 2025, I electronically filed the forgoing paper with the Clerk of

the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kevin J. Stoops*
Kevin J. Stoops

2