## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

| | |
|---|---|
| **TAMI FOWLER, DONNA WATSON,** and **ANABEL ORTEGA** individually and on behalf of all other similarly situated,<br><br>        Plaintiffs,<br>v.<br><br>**FOCUS CARE, INC. d/b/a/ FEV TUTOR, INC.**<br><br>        Defendant. | Case No.: 1:24-cv-10253<br><br>Hon. Indira Talwani<br><br>Mag. Paul G. Levenson |

## NOTICE OF FILING DRAFT SETTLEMENT AGREEMENT

    Plaintiffs Tami Fowler, Donna Watson, and Anabel Ortega, by and through their attorneys Sommers Schwartz, PC, and per the Court's direct at ECF No. 40, submit the most recent draft of the written agreement they seek to have the court enforce as **Exhibit A**.

Dated: April 29, 2025                              Respectfully Submitted,

                                               */s/ Kevin J. Stoops*

                                               Kevin J. Stoops
                                               Paulina R. Kennedy
                                               SOMMERS SCHWARTZ, P.C.
                                               One Towne Square, 17th Floor
                                               Southfield, Michigan 48076
                                               Telephone: 248-355-0300
                                               kstoops@sommerspc.com
                                               pkennedy@sommerspc.com

                                               Benjamin Knox Steffans (BBO# 568535)
                                               Steffans Legal, PLC
                                               10 Wendell Ave. Ext. Suite 208
                                               Pittsfield, Massachusetts, 01201
                                               Telephone: 413-418-4176
                                               bsteffans@steffanslegal.com

                                               *Counsel for Plaintiff, the FLSA Collective*
                                               *and the putative Class*

## **CERTIFICATE OF SERVICE**

I certify that on April 29, 2025, I electronically filed the forgoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Kevin J. Stoops*
Kevin J. Stoops
